**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-81681-CV-MIDDLEBROOKS/Brannon

MIGLAISE ALLIANCE,

    Plaintiff,

v.

ACTIVA HEALTH SERVICES, INC., *et al.*,

    Defendants.
_____/

## ORDER GRANTING APPROVAL OF SETTLEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice ("Motion"). (DE 28). Plaintiff initiated this action on September 15, 2020, alleging violations of overtime and minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and seeking wages and attorneys' fees and costs under Florida Statute § 448.08. (DE 1). The Parties now advise the Court that they have settled all claims in this action and move for dismissal. (DE 28).

When a private action is brought under the FLSA and is subsequently settled, "the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982) (internal citations omitted). In scrutinizing the settlement for fairness, a court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1355. While the provisions of the Act are mandatory, the Eleventh Circuit has recognized that there may be bona fide disputes as to FLSA coverage and therefore, a district court may approve a settlement to "promote the policy of encouraging settlement of litigation." *Id.* at 1354.

Having reviewed the Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that the Parties' Settlement Agreement and Release (DE 28, Ex. A) reflects a reasonable compromise over contested litigation to resolve *bona fide* disputes under the Fair Labor Standards Act.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice (DE 28) is **GRANTED**.

2. The Court **APPROVES** the Settlement Agreement and Release attached as Exhibit A to DE 28, including the settlement amount for attorney's fees, as a fair, adequate and reasonable settlement of the claims at issue.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

5. The Court will retain jurisdiction for a period of six months to enforce the terms of the Parties' Agreement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 23rd day of December, 2020.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record